IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re:  )<br>  )<br>THE TRULAND GROUP, INC.  )<br>  )<br>  )<br>                   *Debtor.*  )<br>  )<br>KLINETTE H. KINDRED, TRUSTEE,  )<br>  )<br>                  *Plaintiff,*  )<br>  )<br>v.  )<br>  )<br>FASTENAL CORP.,  )<br>  )<br>                  *Defendant.*  )<br>  ) | Civil Action No. 1:16-cv-1548<br><br>Report and Recommendation from<br>United States Bankruptcy Court,<br>Eastern District of Virginia<br>Case No.:14-12766 |

### ORDER

This matter comes before the Court on the Report and Recommendation of Bankruptcy Judge Brian Kenney dated December 13, 2016. Dkt. No. 2. The Plaintiff filed the Complaint in this matter on July 21, 2016. Dkt. No. 1, Exh. 1. Defendant has not filed an Answer to the Complaint or filed an opposition to the Report and Recommendation. Based on a review of the Report and Recommendation, the Complaint, and Plaintiff's Motion for Default Judgment the Court ADOPTS the findings and recommendation of the Bankruptcy Judge.

It is hereby ORDERED that Plaintiff's Motion for Default Judgment is GRANTED. A money judgment in the amount of $23,534.77 is hereby ENTERED for the Plaintiff against the Defendant. Interest on the judgment will accrue post-judgment as provided in 28 U.S.C. § 1961.

March 30, 2017
Alexandria, VA

                                                /s/
                                    Liam O'Grady
                                    United States District Judge